UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN P. NAIDEN,<br>Plaintiff, | :<br>:<br>: |
| VS. | : Civil No. 3:03CV00608 (AVC) |
| ECOLAB, INC.,<br>Defendant. | :<br>: |

## ORDER AND NOTICE TO PRO SE PARTY

On May 6, 2003, the court stayed this matter for 90 days and, on August 14, 2003, ordered an additional stay of 60 days to allow the pro se plaintiff to obtain pro bono counsel. The stay having now expired and no attorney having entered an appearance on behalf of plaintiff, and the defendant having filed its motion to dismiss count 4 of the complaint on August 8, 2003, it is hereby

ORDERED that the plaintiff shall (1) file an opposition to defendant's motion to dismiss on or before November 23, 2003; and (2) the parties shall file their Local Rule 26 report of parties' planning meeting on or before November 23, 2003. Failure to comply with this order may result in dismissal of this matter.

Dated at Hartford, Connecticut, this 23rd day of October, 2003.

Alfred V. Covello
United States District Judge