UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN P. NAIDEN, <br>    Plaintiff, <br><br> v. <br><br> ECOLAB, INC., <br>    Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL NO. 3:03CV0608(AVC) <br><br><br><br> NOVEMBER 7, 2003 |

## AFFIDAVIT OF JAMES R. ROLLWAGEN
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

  I, James R. Rollwagen, of the County of Ramsey, State of Minnesota, being first duly sworn, depose and say the following:

  1. I am employed as Senior Corporate Counsel for Ecolab, Inc., the Defendant in the above captioned matter. I have been employed as an attorney in the law department of Ecolab since 1983.

  2. A copy of the Complaint in the above captioned matter was received by the legal department of Ecolab, Inc. on March 17, 2003. The Company has no record of receiving the Complaint prior to March 17, 2003.

  3. Ecolab, Inc.'s agent for service of process registered with the Connecticut Secretary of State is CT Corporation System, One Commercial Plaza, Hartford, Connecticut.

  4. CT Corporation System has been Ecolab, Inc.'s agent for service of process during all times material and relevant to this action. Company records reflect that Ecolab, Inc.

has been qualified to do business in the State of Connecticut since 1944 and that CT Corporation System has been the agent for service dating back to at least 1967.

The facts stated above are based on my personal knowledge and are true and correct.

_____
James R. Rollwagen

Sworn and subscribed to before me
this \_\_\_ day of November 2003.

_____
Notary Public
My Notary Commission Expires On: