UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN P. NAIDEN,<br>    Plaintiff, | : <br> : <br> : <br> : | CIVIL NO. 303CV0608 (AVC) |
| v. | : <br> : <br> : | |
| ECOLAB INC.<br>    Defendant. | : <br> : <br> : | NOVEMBER 24, 2003 |

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME
## TO FILE REPORT OF PARTIES' PLANNING MEETING

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, the Defendant, Ecolab Inc., hereby respectfully moves on behalf of both parties for a 10 day enlargement of time, to December 4, 2003, to file the Rule 26(f) Report of Parties' Planning Meeting. In support of this Motion, Defendant states as follows:

1. The current deadline to file the Rule 26(f) report of parties' planning meeting is November 24, 2003.

2. On November 21, 2003, Plaintiff contacted the undersigned counsel for Defendant to conduct the parties planning conference via telephone and faxed to the undersigned a proposed report.

3. Due to travel schedules and holidays, the Parties require additional time to finalize the report and file with the Court.

4. This is the first such Motion filed in this matter.

5. The pro se Plaintiff consents to this Motion as the Parties agreed in their telephone conversation on November 21, 2003 that Defendant would file this Motion.

WHEREFORE, Defendant respectfully moves for a 10 day enlargement of time, to December 4, 2003, to file the Rule 26(f) Report of Parties' Planning Meeting.

          THE DEFENDANT,
          ECOLAB INC.

By: _____
     Tasos C. Paindiris (ct 16739)
     Margaret J. Strange (ct 08212)
     Jackson Lewis LLP
     55 Farmington Avenue, Suite 1200
     Hartford, CT  06105
     Tel. (860) 522-0404
     Fax. (860) 247-1330
     PaindirT@jacksonlewis.com

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 24th day of November, 2003, to the following:

>John P. Naiden
>66 Route 313 West
>Arlington, VT 05250


Certified Mail No.


_____
Tasos C. Paindiris

H:\Client Folder\E\ECOLAB\Naiden\COURT\Pled\Mot Extension Time 26f  Report.DOC