UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN P. NAIDEN,<br>Plaintiff, | |
| | CIVIL NO. 303CV0608 (AVC) |
| v. | |
| ECOLAB INC.<br>Defendant. | NOVEMBER 24, 2003 |

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME TO FILE REPORT OF PARTIES' PLANNING MEETING

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, the Defendant, Ecolab Inc., hereby respectfully moves on behalf of both parties for a 10 day enlargement of time, to December 4, 2003, to file the Rule 26(f) Report of Parties' Planning Meeting. In support of this Motion, Defendant states as follows:

1. The current deadline to file the Rule 26(f) report of parties' planning meeting is November 24, 2003.

2. On November 21, 2003, Plaintiff contacted the undersigned counsel for Defendant to conduct the parties planning conference via telephone and faxed to the undersigned a proposed report.

3. Due to travel schedules and holidays, the Parties require additional time to finalize the report and file with the Court.

4. This is the first such Motion filed in this matter.

*GRANTED. Alfred V. Covello, U.S.D.J.*
*November 25, 2003. SO ORDERED.*