UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
JOHN P. NAIDEN,              :
   Plaintiff,                :
                             :
v.                           :   Civil No. 3:03CV0608(AVC)
                             :
ECOLAB, INC.,                :
   Defendant.                :
```

FILED
2003 DEC 18 A 9:53
U.S. DISTRICT COURT
HARTFORD, CT.

## SCHEDULING ORDER

(1) The plaintiffs and defendants shall have to and including January 30, 2004 to file motions to join additional parties;

(2) all discovery, including depositions of all witnesses, shall be completed by December 17, 2004;

(3) the plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before August 17, 2004, and depositions of any such experts shall be completed by December 17, 2004;

(4) the defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before October 17, 2004, and depositions of any such experts shall be completed by December 17, 2004;

(5) the parties shall exchange a damage analysis, if necessary, on or before October 21, 2004;

(6) all motions, except motions in limine incident to a trial, shall be filed on or before January 30, 2005;

(7) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on February 28, 2005; and

(8) the case shall be ready for trial by March 30, 2005.[1]

---

[1] According to the joint report of the parties' planning meeting, the plaintiff seeks permission to serve more than 25 interrogatories. The defendant objects. The parties' joint filing does not indicate the additional number of interrogatories sought by the plaintiff nor the reason such additional interrogatories are necessary. Consequently, the court DENIES the request for additional interrogatories without prejudice to its refiling, at which time the plaintiff shall indicate the additional number of interrogatories sought by the plaintiff as well as articulate the reason for such additional interrogatories.
   The joint report also indicates that the plaintiff desires a settlement conference with a magistrate judge while the defendants does not. The court reserves its decision on this matter until the motion to dismiss currently

It is so ordered this 17th day of December, 2003, at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge

---

pending before the court is ruled on.