UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN P. NAIDEN

        V.        CASE NO. 3:03CV00608(AVC)

ECOLAB, INC.

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant, having file a motion to dismiss and the Court, having considered the full record of the case, including applicable principles of law, on March 31, 2004 filed its ruling granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiff's complaint.

Dated at Hartford, Connecticut, this 31st day of March, 2004.

        KEVIN F. ROWE, Clerk

        By:_____
        Jo-Ann Walker
        Deputy Clerk

EOD: _____