## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

Mary Wiggins
DEPUTY-IN-CHARGE
HARTFORD

FILED
2004 JUN 16 A 11:10
U.S. DISTRICT COURT
HARTFORD, CT.

May 27, 2004

Roseann B. MacKechnie, Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY   10007

    Case No:    3:03 CV 608(AVC)
    Case Name:  NAIDEN V ECOLAB
       USCA:    04-2422-CV

Dear Ms. MacKechnie: /s/ Anna Steglich

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a certified copy of the docket sheet and the Clerk's Certificate.

    Respectfully,

    Kevin F. Rowe, Clerk

    By: FIDELIS BASILE
        Deputy Clerk

Encl.
cc: counsel of record

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND 1 VOLUMES OF ORIGINAL RECORD.

DATE: 6-2-04 AS
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.