**MANDATE**

Dup of Orig - 1 Hertford Ct
03-cv-0608
Covello

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

2005 MAY 23  A 10: 00

SUMMARY ORDER

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 28th day of March, two thousand and five.

Present:   HON. JON O. NEWMAN,
           HON. RICHARD C. WESLEY,
           HON. PETER W. HALL,
                        *Circuit Judges.*

[FILED MAR 28 2005 — Roseann B. MacKechnie, Clerk, United States Court of Appeals, Second Circuit]

JOHN P. NAIDEN,

       *Plaintiff-Appellant,*

- v -                                                      (04-2422)

ECOLAB, INC.,

       *Defendant-Appellee.*

Appearing for Plaintiff-Appellant:   GARFIELD GOODRUM, Boston, Massachusetts (John P. Naiden, *pro se*, Arlington, Vermont, *on the briefs*).

Appearing for Defendants-Appellees:  TASOS C. PAINDIRIS, Jackson Lewis LLP, Hartford, Connecticut.

1

ISSUED AS MANDATE: MAY 16 2005

Appeal from the United States District Court for the District of Connecticut (Covello, J).

1  **UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND**

2  **DECREED** that the judgment of the district court be **AFFIRMED**.

3  Familiarity by the parties is assumed as to the facts, the procedural context, and the

4  specification of appellate issues. Appellant John Naiden filed a complaint against defendant,

5  alleging age discrimination under both the Age Discrimination in Employment Act, 29 U.S.C.

6  § 623, and the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60, and,

7  under Connecticut law, intentional infliction of emotional distress, negligent infliction of

8  emotional distress, and intentional or negligent physical injury. The district court granted

9  summary judgment to defendant on all counts.

10  Naiden raises two arguments on appeal. First, he claims that the district court improperly

11  dismissed his claims under the Connecticut Fair Employment Practices Act for failure to timely

12  file his complaint. Second, Naiden argues that he made sufficient allegations to support his

13  claims for the negligent and intentional infliction of emotional distress. We find both of these

14  arguments without merit and affirm for substantially the same reasons stated by Judge Covello.

15  Accordingly, the judgment of the district court is hereby **AFFIRMED**.

For the Court
Roseann B. MacKechnie, Clerk

**A TRUE COPY**
Roseann B. MacKechnie, **CLERK**

by _Sledici_
**DEPUTY CLERK**

By: _Lucille Carr_

2

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

JOHN P. NAIDEN,

        Plaintiff-Appellant,

v.

ECOLAB, INC.,

        Defendant-Appellee.

DOCKET NO. 04-2422

APRIL 8, 2005

## APPELLEE'S ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for Appellee, Ecolab, Inc., respectfully submits, pursuant to Rule 39(c) of the Federal Rules of Appellate Procedure, the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the Appellant, John P. Naiden, and in favor of Appellee, Ecolab, Inc., for insertion in the mandate. Appellee received the Summary Order in this matter via mail on March 31, 2005 and therefore submits this Bill of Costs within 14 days.

Cost of printing brief (necessary copies: 10)

| | |
|---|---|
| 1580 pages @ $0.11 | $173.80 |
| 1770 Velo Punches @ $0.03 | $ 53.10 |
| 60 card stock @ $0.05 | $   3.00 |
| 30 binding @ $2.00 | $ 60.00 |
| 100 tabs @ $0.25 | $ 25.00 |
| Total cost: | $314.90 |

STATEMENT OF COSTS
Taxed in the amount of $ 314.90 in favor of
appellee

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

MAY 16 2005
Date

Tracy W. Young, Motions/Staff Attorney

FILED MAY 16 2005 — Roseann B. MacKechnie, Clerk, Second Circuit